IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHARLES MCCURDY, | § § § | Civil Action No. 4:15-cv-01677 |
| Plaintiff, | § § | |
| v. | § § | |
| NATIONAL CREDIT ADJUSTERS, | § § | |
| Defendants. | § § § | |

## ENTRY OF DEFAULT

Plaintiff, CHARLES MCCURDY ("Plaintiff"), requested that default be entered against Defendant NATIONAL CREDIT ADJUSTERS ("Defendant"). From the record and the Court's file in this action, Defendant has failed to appear, plead, or otherwise defend this action.

Therefore, pursuant to Fed. R. Civ. P. 55(a)(1), default is entered against Defendant.

Dated this __13th__ day of __October__, 2015.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By: *Rhonda J. Hawkins*
Deputy Clerk