Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MCCURDY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1677 |
| | § | |
| NATIONAL CREDIT ADJUSTERS, | § | |
| | § | |
| Defendant. | § | |

## FINAL DEFAULT JUDGMENT

In accordance with the Opinion and Order entered this day in the above styled and numbered cause of action, it is hereby

ORDERED that plaintiff Charles McCurdy recover from defendant National Credit Adjusters the sum of $1,000.00 in statutory damages and $1,290.00 in attorneys' fees.

SIGNED at Houston, Texas, this 28th day of April, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE